IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NICK JAMES GONZALES,

        Plaintiff,

vs.   No. CV 15-01161 KG/SCY

PENITENTIARY OF NEW MEXICO, *et al.*,

        Defendants.

### RULE 41(a)(2) FINAL ORDER OF VOLUNTARY DISMISSAL

**THIS MATTER** is before the Court on the Motion to Withdraw Filed Complaint filed by Plaintiff Nick James Gonzales on April 21, 2016 (Doc. 8). The Court construes the Motion as a request for voluntary dismissal under Fed.R.Civ.P. 41(a)(2) and will grant Plaintiff's request.

**IT IS ORDERED**:

(1) Plaintiff's Request for Hearing and a Request for an Order Serving Defendants (Doc. 7) is **DENIED** as moot in light of Plaintiff's voluntary dismissal; and

(2) Plaintiff's Prisoner's Civil Rights Complaint filed December 21, 2015 (Doc. 1) and all claims and causes of action are **DISMISSED** without prejudice under rule 41(a)(2) of the Federal Rules of Civil Procedure and this civil case is **CLOSED**.

                                          _____
                                          UNITED STATES DISTRICT JUDGE